UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
RICHMOND DIVISION

RICKY D. TAYLOR,

        Plaintiff,

v.                                Case No.:  3:11-cv-456

RIVERSIDE REGIONAL JAIL AUTHORITY,

        Defendant.


**MOTION TO DISMISS FOR FAILURE TO STATE A CAUSE
OF ACTION UPON WHICH RELIEF CAN BE GRANTED**

Now Comes Riverside Regional Jail Authority, by counsel, and pursuant to Federal Rule 12(b)(1) moves that the court dismiss the Complaint to the extent it seeks injunctive relief as outlined in paragraphs 50 and 51.  A memorandum in support of this motion is filed contemporaneously herewith.

RIVERSIDE REGIONAL JAIL


By: /s/_____
                Counsel

William W. Tunner, VSB No. 38358
William D. Prince, VSB No.  77209
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804)698-6214
Fax: (804)780-1813
Email: wtunner@t-mlaw.com
Email:  wprince@t-mlaw.com
Attorneys for Defendant

1

<u>Certificate of Service</u>

I hereby certify that on this 2nd day of September, 2011, a true and accurate copy of the foregoing was electronically filed with the Clerk of the Court using the CM/ECF system, which will then send a notification of such filing to the following:

Tiffany Miller, Esq.
Alfred Mamlet, Esq.
Heather Horne, Esq.
Ahsen Khan, Esq.
Steptoe & Johnson, LLP
1330 Connecticut Ave., NW
Washington, DC 20036
*Attorney for Plaintiff*

E. Elaine Gardner
Washington Lawyers' Committee for Civil
Rights and Urban Affairs
11 DuPont Circle, NW, Suite 400
Washington, DC 20036
*Attorney for Plaintiff*

_____/s/_____
William W. Tunner, VSB No. 38358
William D. Prince, VSB No.  77209
ThompsonMcMullan, P.C.
100 Shockoe Slip, Third Floor
Richmond, Virginia 23219
Telephone: (804)698-6214
Fax: (804)780-1813
Email: wtunner@t-mlaw.com
Email:  wprince@t-mlaw.com

2